**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Wesley Alfonso SPENCE, Respondent.**

Supreme Court of Pennsylvania.

April 29, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as phrased by Petitioner, is:

Did a state trooper violate the Wiretap Act when he listened through the speaker on an informant's cellular telephone as the informant arranged a drug deal with the defendant?